# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAVID JENKINS

NO. 2020 KW 0307

**JULY 06, 2020**

---

In Re: David Jenkins, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 37182.

---

**BEFORE: McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT